**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Hassell Construction Company, Inc., and James C. Hassel v. R. Hassell & Co., Inc., R. Hassell Builders, Inc., R. Hassell Holding Co., Inc. and G.R. Group Resources, LLP

Appellate case number:   01-18-00546-CV

Trial court case number:  2013-61995

Trial court:             61st District Court of Harris County

William P. Haddock and Pendergraft & Simon, LLP filed a motion to withdraw as counsel for appellees, R. Hassell Holding Company, Inc., R. Hassell & Company, Inc., and R. Hassell Builders, Inc. (appellees). *See* TEX. R. APP. P. 6.5(a), (b). The motion is **granted**.

William P. Haddock and Pendergraft & Simon, LLP are directed to immediately notify appellees "of any deadlines or settings that the attorney knows about at the time of the withdrawal but that were not previously disclosed to [appellees]" and file a copy of the notice provided to appellees with the Clerk of this Court. *See id.* 6.5(c).

The Clerk of this Court is directed to note William P. Haddock's and Pendergraft & Simon's withdrawal as counsel for appellees on the docket of this Court.

It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                 Acting individually


Date: __June 4, 2019_____